# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00074-EWN-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  BRIDGETTE MALADY,
       Defendant.

## ORDER

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the attached Writ to the United States Marshal's Service requiring said United States Marshal to produce the defendant, Bridgette Malady, before a United States Magistrate Judge, forthwith, for proceedings and to hold her at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 2nd day of October, 2006.

                                          s/ Edward W. Nottingham
                                          UNITED STATE DISTRICT JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO