**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00074-EWN-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIDGETTE MALADY

    Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE
AND VACATING VIOLATION HEARING**

---

THIS MATTER is before the Court on the report of the probation officer concerning the Petition on Supervised Release, and the Court being advised that the defendant committed the alleged violation while her supervised release had been tolled and made inactive. Accordingly, it is

ORDERED that the supervised release violation hearing scheduled for October 27, 2006, be vacated, and that the Petition on Supervised Release be dismissed.

DATED at Denver, Colorado, this 23rd day of October, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge