IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00074-PAB-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRIDGETTE MALADY,

        Defendant.

## ORDER VACATING BALANCE OF HOME DETENTION

This matter is before the Court upon report of the probation officer and the Court having considered same, it is

**ORDERED** that the balance of the five months of home detention originally ordered at sentencing on October 11, 2005, is vacated, and all other special conditions remain in full force and effect.

**DATED** at Denver, Colorado, this 24th day of March, 2010.

        BY THE COURT:

        s/Philip A. Brimmer
        Philip A. Brimmer
        United States District Judge